UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



ODETTE R. BATIS, on behalf of herself and all others similarly situated,

        Plaintiff-Appellee,

  v.

DUN & BRADSTREET HOLDINGS, INC.,

        Defendant-Appellant.

No.    23-15260

D.C. No. 3:22-cv-01924-MMC
Northern District of California,
San Francisco

ORDER

Before: SILER,* CLIFTON, and M. SMITH, Circuit Judges.

In light of our court's decision to vacate the opinion in *Martinez v. ZoomInfo Technologies, Inc.*, 82 F.4th 785 (9th Cir. 2023), the petition for panel rehearing filed by Defendant-Appellant Dun & Bradstreet Holdings, Inc. (Dkt. 42) is GRANTED.

The memorandum disposition filed on January 18, 2024 (Dkt. No. 38) is WITHDRAWN. It will be replaced by an opinion to be separately filed. Petitions for panel rehearing and rehearing en banc may be filed within fourteen days of the filing of that opinion. *See* Circuit Rule 40-2.

**IT IS SO ORDERED.**

---

    *    The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.